## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Cesar Santiago-Jimenez

CRIMINAL COMPLAINT
CASE: 17-10817M
Citizenship: Mexico

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about September 11, 2017 at or near Portal, Arizona, in the District of Arizona, Cesar Santiago-Jimenez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on June 5, 2017 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(2).

   Cesar Santiago-Jimenez is a citizen of Mexico. On June 5, 2017, Cesar Santiago-Jimenez was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On September 11, 2017, agents found Cesar Santiago-Jimenez in the United States at or near Portal, Arizona without the proper immigration documents. Cesar Santiago-Jimenez did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Cesar Santiago-Jimenez, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Cesar Santiago-Jimenez admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on September 1, 2017, at or near Douglas, Arizona.

File Date: 09/13/2017

at Tucson, Arizona

Ryan Worden, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 09/13/2017

Bernardo P. Velasco
United States Magistrate Judge

Alien Number: 200 048 926